I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5.15.13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO JAIMES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>　　　　Respondent. | Case No. EDCV 13-0449-CBM (RNB)<br><br>**JUDGMENT** |

　　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, filed herewith,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 14, 2013

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY